**Order entered December 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01235-CR
No. 05-13-01237-CR

**JOHN CLOUD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F93-61603-N, F93-61604-N

## ORDER

The Court **DENIES** appellant's December 4, 2013 objection and motion for reconsideration of the Court's November 27, 2013 order denying his request for loan of the records to the law library at the Powledge Unit.

The appeals are at issue and will be set for submission in due course.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to John Cloud, TDCJ No. 749521, Powledge Unit, 1400 F.M. 3452, Palestine, Texas 75803.

/s/ LANA MYERS
JUSTICE